IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LOUISIANA-PACIFIC CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:05-0977 |
| | ) | Judge Campbell |
| COMPOSATRON MFG., INC. and | ) | Magistrate Judge Griffin |
| COMPOSATRON COMPOSITE | ) | |
| TECHNOLOGY aka COMPOSATRON CORP., | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER
## OF DISMISSAL WITH PREJUDICE

It appearing to the Court as evidenced by the signature of counsel below that all things and matters in controversy in this proceeding have been compromised and settled;

IT IS ACCORDINGLY, ordered, adjudged and decreed that this matter be and hereby is dismissed with prejudice including without limitation:

1. The Complaint filed by Louisiana-Pacific Corporation in this matter; and

2. The Counter-complaint filed by Composatron Mfg, Inc. and Composatron Composite Technology in this matter.

IT IS SO ORDERED.

_____
THE HONORABLE TODD J. CAMPBELL
UNITED STATES JUDGE

**APPROVED FOR ENTRY:**

Robert S. Patterson w/p JLF
Robert S. Patterson
Russell B. Morgan
Peter C. Sales
Boult Cummings Conners & Berry, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 244-2582
*Counsel for Plaintiff*


John L. Farringer IV
Gayle I. Malone, Jr.
Joseph F. Welborn
John L. Farringer IV
WALKER, TIPPS & MALONE
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee  37219
(615) 313-6000
*Counsel for Defendants*